UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JESUS CORTEZ, et al.,

    Plaintiffs,

    v.

COUNTY OF ALAMEDA, et al.,

    Defendants.
_____/

No. C 11-3199 PJH

**ORDER CONTINUING HEARING DATE**

    The date for the hearing on defendants' motion to dismiss the complaint for failure to state a claim, previously set for September 21, 2011, has been CONTINUED to Wednesday, November 16, 2011, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: September 14, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge