**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JESUS CORTEZ** *et al.*, <br><br> **Plaintiffs,** <br><br> vs. <br><br> **COUNTY OF ALAMEDA** *et al.*, <br><br> **Defendants.** | Case No.: C-11-03199 YGR <br><br> **ORDER CONTINUING ORAL ARGUMENT TO MAY 29, 2012 AT 2:00 P.M.** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

The hearing on Defendants Hal Bancroft, Mike Bush, John Kriege, Gary Parham, and Dale Silva's Motion to Dismiss, Dkt. No. 46, is **CONTINUED** to **Tuesday, May 29, 2012** at **2:00 p.m.**

**IT IS SO ORDERED.**

Date: May 18, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**